**A F F I D A V I T**

STATE OF WEST VIRGINIA

COUNTY OF CABELL, to-wit:

I, Zachary Yommer, being first duly sworn, do hereby depose and state as follows:

1.   I make this affidavit in support of an application for a search warrant for the collection DNA from JOSHUA MCCARVER (hereinafter known as "J. MCCARVER"), who is further described in Attachment A. I believe there is probable cause that evidence of the offenses of felon in possession of firearms in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and possession of firearms in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A) (hereinafter "SUBJECT OFFENSES") will be found if known samples of MCCARVER's DNA are obtained.

2.   I am a Special Agent of the Federal Bureau of Investigation (hereinafter "FBI") and have been so employed since June 2025. I am currently assigned to the FBI office in Huntington, West Virginia. I completed five months of training at the FBI Academy in Quantico, Virginia, where I learned the skills necessary to conduct federal criminal investigations, including investigating crime scenes, interviewing witnesses and suspects, and writing reports and affidavits. I have experience investigating illegal drug activity, public corruption, as well as other violations of federal law. Prior to the FBI, I was employed

by the United States Army and the Department of Defense for nine years. As a Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

3.   I have obtained the facts set forth in this Affidavit, from oral and written reports of other law enforcement officers, from records, documents and other evidence obtained during this investigation, and from other sources of information as referenced herein.   This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

4.   The FBI has been engaged in a criminal investigation into J. MCCARVER, who has previously been convicted of distribution of fentanyl in the United States District Court for the Southern District of West Virginia (Criminal No. 3:18-cr-00235), and others who were participating in a Drug Trafficking Organization involved in the commission of the SUBJECT OFFENSES and violations of 21 U.S.C. §§ 841(a)(1) and 846. During the investigation, investigators learned that J. MCCRAVER and other individuals, both known and unknown to investigators at this time, obtained large quantities of methamphetamine and fentanyl from one or more sources, and distributed those drugs in and around the Huntington

area within the Southern District of West Virginia and the Detroit area within the Eastern District of Michigan.

5. During the investigation, I have learned that J. MCCARVER was utilizing numerous residences in the Huntington (including 149 ½ Baer Street, Huntington, West Virginia, 5400 Altizer Avenue Lot 7, Huntington, WV, and 2001 Madison Avenue, Huntington, WV) and a residence in Detroit (18822 Healy Street, Detroit, MI) to facilitate the distribution of controlled substances.

6. Since July of 2024, there have been numerous controlled purchases of methamphetamine and fentanyl, both Schedule II controlled substances, that were facilitated by J. MCCARVER and DARNELL MCCARVER (hereinafter known as "D. MCCARVER"). All the controlled purchases were conducted by various Confidential Human Sources, (hereinafter "CHS"), all of whom have been assessed to be reliable and have provided corroborated information regarding drug trafficking in the Southern District of West Virginia.

7. J. MCCARVER utilized telephone number (313) 986-6081 to facilitate controlled substance transactions. Over the course of the investigation, specifically since February 2025, United States Magistrate Judge Joseph K. Reeder, Southern District of West Virginia, signed various search warrants to collect the geolocation ping data from J. MCCARVER'S telephone.

3

8.    An Administrative Subpoena was submitted to Apple regarding J. MCCARVER's identifiers, such as his first and last name, date of birth, Social Security Number, to ascertain his Apple accounts. An Apple iCloud Account was found listed under the registered name of "Joshua McCarver". The mailing address listed for J. MCCARVER's Apple iCloud Account was 18822 Healy St, Detroit, Michigan.

9.    Opensource records checks indicate that 18822 Healy St, Detroit, Michigan is a listed address for J. MCCARVER, and his current Michigan identification card lists 18822 Healy St, Detroit Michigan as his residence.

10.    A review of the geolocation data associated with J. MCCARVER's telephone have provided since May 1, 2025, through September 9, 2025, the phone has transited from Detroit, Michigan to Huntington, West Virginia and back multiple times. Specifically, the phone has pinged in the vicinity of 18822 Healy Street, Detroit, Michigan over 4,100 times. J. MCCARVER's telephone, which was seized by law enforcement at the time of his arrest on September 10, 2025, last pinged in the vicinity of 18822 Healy Street, Detroit, Michigan on September 9, 2025, at approximately 4:10 p.m.

11.    On July 7, 2025, members of the Task Force conducted a controlled buy operation on J. MCCARVER at 5400 Altizer Avenue Lot

4

7, Huntington, West Virginia. Investigators met with a CHS, where a search of the CHS was conducted and all applicable paperwork completed. The CHS had previously messaged J. MCCARVER utilizing telephone number (313) 986-6081 to arrange the transaction. The transaction was for a quarter pound of methamphetamine for $700. The CHS was dropped off in the area 5100 block of Altizer Avenue, Huntington, West Virginia. The CHS walked eastbound and entered a Ford Explorer with Ohio registration KPL7322, hereinafter "the Explorer". The Explorer turned south onto 13th Street in Huntington, West Virginia. Several minutes later the CHS was walking westbound on Altizer Avenue from 13th Street. The Explorer was traveling eastbound on Altizer Avenue and pulled into the driveway of 5400 Altizer Avenue Lot 7. MCCARVER exited the driver's door of the Explorer and entered 5400 Altizer Avenue Lot 7. The CHS returned to investigators.

12. Once with investigators the CHS turned over a knotted plastic bag containing approximately 112.5 grams of field test positive methamphetamine. A search of the CHS was conducted with no contraband found. During the debrief the CHS provided that the transaction occurred with J. MCCARVER inside the Explorer. A review of the buy video confirmed CHS's statements.

13. On August 28, 2025, the Honorable Untied States Magistrate Judge Joseph K. Reeder signed search warrants for the

5

search of 5400 Altizer Avenue Lot 7, Huntington, West Virginia (Case No. 3:25-mj-00056), 2001 Madison Avenue, Huntington, West Virginia (Case No. 3:25-mj-00058), and 149 ½ Baer Street, Huntington, West Virginia (Case No. 3:25-mj-00057).

14. On September 9, 2025, J. MCCARVER and others were indicted by a Federal Grand Jury in the Southern District of West Virginia for violations of 21 U.S.C. § 841(a)(1) — the distribution of 50 grams or more of methamphetamine, and 21 U.S.C. § 846 — conspiracy to distribute methamphetamine and fentanyl (Criminal No. 3:25-cr-00154).

15. On September 10, 2025, investigators executed the search warrants at 5400 Altizer Avenue Lot 7, Huntington, West Virginia, 2001 Madison Avenue, Huntington, West Virginia, and 149 ½ Baer Street, Huntington, West Virginia. Investigators seized a loaded .38 caliber Taurus Revolver, various ammunition, approximately nine (9) pounds of suspected methamphetamine, and approximately 330 grams of suspected fentanyl from 5400 Altizer Ave Lot 7, Huntington, West Virginia. The substances later field tested positive for methamphetamine and fentanyl.

16. On September 10, 2025, the Honorable United States Magistrate Judge Elizabeth A. Stafford signed a search warrant for the search of 18822 Healy Street, Detroit, Michigan (Case No. 25-51136-05).

17. As a result of the search warrant at 18822 Healy Street, Detroit, Michigan, approximately four (4) firearms, various ammunition, various controlled substances, $8,764 US Currency, and various other items were seized.

## CONCLUSION

18. I believe that there is probable cause that searching J. MCCARVER by obtaining buccal swabs from him will lead to additional evidence that he committed the SUBJECT OFFENSES. DNA samples obtained from J. MCCARVER can be compared to any DNA evidence recovered from the swabs of the firearms seized, as described in paragraphs 15 and 17. Therefore, I request the issuance of a search warrant for obtaining a sample of J. MCCARVER's DNA through buccal swabbing.

19. Further your Affiant sayeth naught.

ZACHARY YOMMER, SPECIAL AGENT
Federal Bureau of Investigation

SUBSCRIBED AND SWORN before me by telephonic means, this 2nd day of December 2025.

HONORABLE JOSEPH K. REEDER
United States Magistrate Judge

7